1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   R. STEVEN LAPHAM
3  TODD A. PICKLES
   Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2766

**FILED**

SEP 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:12-CR-0329 LKK |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| v. | ) (UNDER SEAL) |
| KORY SCHMIDLI, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Lee S. Bickley to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: September 13, 2012

**SEALED**

_____
KENDALL J. NEWMAN
United States Magistrate Judge