**FILED**
September 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:12-cr-00329-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| KORY SCHMIDLI, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kory Schmidli</u>; Case <u>2:12-cr-00329-LKK</u> from custody and for the following reasons:

  \_   Release on Personal Recognizance

  \_   Bail Posted in the Sum of _____

  X   Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendants parents, Richard and Nancy Schmidli

  \_   Appearance Bond with 10% Deposit

  \_   Appearance Bond secured by Real Property

  \_   Corporate Surety Bail Bond

  X   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/20/2012</u> at 2:40 pm.

By _____
Kendall J. Newman
United States Magistrate Judge