1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00329 WBS |
|---|---|
| Plaintiff, | STIPULATION AND JOINT REQUEST TO CONTINUE JUDGMENT AND SENTENCING DATE; ORDER |
| v. | |
| KORY SCHMIDLI, | |
| Defendant. | |

16

17                          **STIPULATION**

18    Plaintiff United States of America, by and through its counsel of record, and defendant Kory

19 Schmidli, by and through his counsel of record, hereby stipulate and respectfully request as follows:

20    1.    By previous order, this matter was set for judgment and sentencing on October 14, 2014.

21    2.    By this stipulation, the parties jointly request that this matter be continued for judgment

22 and sentencing to January 26, 2015 at 9:30 a.m.

23    3.    Because the defendant stands convicted based on his plea of guilty, the provisions of the

24 Speedy Trial Act, 18 U.S.C.§ 3161, *et seq*., are inapplicable to this continuance.

Stipulation for Continuance to Continue Judgment          1
and Sentencing Date; Order

1    IT IS SO STIPULATED.

2    DATED: October 8, 2014                BENJAMIN B. WAGNER
3                                          United States Attorney

4                                          */s/ Todd A. Pickles*
                                           TODD A. PICKLES
                                           LEE S. BICKLEY
5                                          Assistant United States Attorney

6                                          For the UNITED STATES OF AMERICA

7
     DATED: October 8, 2014
8
                                           */s/ Todd A. Pickles for*
                                           MARK AXUP, ESQ.
9
                                           For defendant KORY SCHMIDLI
10

ORDER

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to January 26, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE