1  BENJAMIN B. WAGNER
United States Attorney
2  TODD A. PICKLES
LEE S. BICKLEY
3  Assistant United States Attorneys
501 I Street, Suite 10-100
4  Sacramento, CA  95814
Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00329 WBS |
|---|---|
| Plaintiff, | STIPULATION AND JOINT REQUEST TO CONTINUE JUDGMENT AND SENTENCING DATE; ~~PROPOSED~~ ORDER |
| v. | |
| KORY SCHMIDLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kory Schmidli, by and through his counsel of record, hereby stipulate and respectfully request as follows:

1. By previous order, this matter was set for judgment and sentencing on January 26, 2015.

2. By this stipulation, the parties jointly request that this matter be continued for judgment and sentencing to April 20, 2015 at 9:30 a.m.

3. Because the defendant stands convicted based on his plea of guilty, the provisions of the Speedy Trial Act, 18 U.S.C.§ 3161, *et seq.*, are inapplicable to this continuance.

1   IT IS SO STIPULATED.

2   DATED: January 22, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Todd A. Pickles*
                                                TODD A. PICKLES
                                                LEE S. BICKLEY
                                                Assistant United States Attorney

                                                For the UNITED STATES OF AMERICA

    DATED: January 22, 2015

                                                */s/ Todd A. Pickles for*
                                                MARK AXUP, ESQ.

                                                For defendant KORY SCHMIDLI

Stipulation for Continuance to Continue Judgment        2
and Sentencing Date; Proposed Order

ORDER

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to April 20, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  January 22, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE