1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00329 WBS |
   |---|---|
12 | Plaintiff, | STIPULATION AND JOINT REQUEST TO CONTINUE JUDGMENT AND SENTENCING DATE; ~~PROPOSED~~ ORDER |
13 | v. | |
14 | KORY SCHMIDLI, | |
15 | Defendant. | |

16

17                          **STIPULATION**

18   Plaintiff United States of America, by and through its counsel of record, and defendant Kory

19 Schmidli, by and through his counsel of record, hereby stipulate and respectfully request as follows:

20   1.   By previous order, this matter was set for judgment and sentencing on April 20, 2015.

21   2.   By this stipulation, the parties jointly request that this matter be continued for judgment

22 and sentencing to August 17, 2015 at 9:30 a.m.

23   3.   Because the defendant stands convicted based on his plea of guilty, the provisions of the

24 Speedy Trial Act, 18 U.S.C.§ 3161, *et seq.*, are inapplicable to this continuance.

25

26

27

28

1     IT IS SO STIPULATED.

2   DATED: April 16, 2015                   BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: April 16, 2015

*/s/ Todd A. Pickles for*
MARK AXUP, ESQ.

For defendant KORY SCHMIDLI

Stipulation for Continuance to Continue Judgment and Sentencing Date; Proposed Order     2

ORDER

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to August 17, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE