```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7
```

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00329 WBS |
| 12                    Plaintiff, | STIPULATION AND JOINT REQUEST TO CONTINUE JUDGMENT AND SENTENCING |
| 13              v. | DATE; ~~PROPOSED~~ ORDER |
| 14  KORY SCHMIDLI, | |
| 15                    Defendant. | |

16

17                             **STIPULATION**

18   Plaintiff United States of America, by and through its counsel of record, and defendant Kory

19  Schmidli, by and through his counsel of record, hereby stipulate and respectfully request as follows:

20       1.   By previous order, this matter was set for judgment and sentencing on August 17, 2015.

21       2.   By this stipulation, the parties jointly request that this matter be continued for judgment

22  and sentencing to December 14, 2015 at 9:30 a.m.

23       3.   Because the defendant stands convicted based on his plea of guilty, the provisions of the

24  Speedy Trial Act, 18 U.S.C.§ 3161, *et seq.*, are inapplicable to this continuance.

25

26

27

28

1     IT IS SO STIPULATED.

2   DATED: August 12, 2015                         BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Todd A. Pickles*
                                                 TODD A. PICKLES
                                                 LEE S. BICKLEY
                                                 Assistant United States Attorney

                                                 For the UNITED STATES OF AMERICA

DATED: August 12, 2015

                                                 */s/ Todd A. Pickles for*
                                                 MARK AXUP, ESQ.

                                                 For defendant KORY SCHMIDLI

ORDER

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to December 14, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 13, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE