MARK S. AXUP (SBN 112876)
LAW OFFICES OF MARK S. AXUP
Attorneys at Law
1012 19th Street
Sacramento, California 95811

Telephone No.  (916) 442-4224

Attorney for Defendant Kory Schmidli


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>v.<br><br><br>KORY  SCHMIDLI,<br><br><br>   Defendant. | CASE NO. CRS-12-329-WBS<br><br>STIPULATION AND ORDER<br><br><br>Date: April 11, 2016<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |


   STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for Judgment and Sentencing  on  April 11, 2016.

    2.    By this stipulation,  defendant now moves to continue the Judgment and Sentencing until August 22,  20016.   Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.   Defendant has testified in matters before this court, and is again scheduled to testify in a related matter ( U.S. v. Dianna Woods).   The subject of the testimony is relevant to sentencing issues of the defendant.

    b.    The government does not object to the continuance.

    c.   Because the defendant stands convicted by way of his guilty plea, the provisions of the  Speedy Trial Act, 18 U.S.C. § 3161, et seq.  are inapplicable to this continuance.

IT IS SO STIPULATED.

DATED: April 7, 2016

/s/ Mark S. Axup for
MARK AXUP, ESQ.
Attny. for Kory Schmidli

DATED: April 7, 2016

BENJAMIN WAGNER
United States Attorney
By: /s/ Mark S. Axup for
TODD  A.  PICKLES
Assistant U.S. Attorney

ORDER

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to August 22,  2016. At 9:00 a.m..

IT IS SO FOUND AND ORDERED.

Dated:  April 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE