MARK S. AXUP (SBN 112876)
**LAW OFFICES OF MARK S. AXUP**
Attorneys at Law
1012 19th Street
Sacramento, California 95811

Telephone No.  (916) 442-4224

Attorney for Defendant Kory Schmidli

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br>KORY  SCHMIDLI,<br>　　　　　　　　Defendant. | CASE NO. **CRS-12-329-WBS**<br><br>**STIPULATION AND ORDER**<br><br>Date: August 22, 2016<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for Judgment and Sentencing on August 22, 2016.

　　2.　By this stipulation, defendant now moves to continue the Judgment and Sentencing until January 9, 2017 at 9:00 a.m.   Plaintiff does not oppose this request.

　　3.　The parties agree and stipulate, and request that the Court find the following:

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

    a.    Defendant has testified in matters before this court, and is again scheduled to testify in a related matter ( U.S. v. Dianna Woods).   The subject of the testimony is relevant to sentencing issues of the defendant.

    b.    The government does not object to the continuance.

    c.    Because the defendant stands convicted by way of his guilty plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.  are inapplicable to this continuance.

**IT IS SO STIPULATED**.

DATED: August 18, 2016        /s/ Mark S. Axup for
                                          MARK AXUP, ESQ.
                                          Attny. for Kory Schmidli

DATED: August 18, 2016        BENJAMIN WAGNER
                                          United States Attorney
                                          By: /s/ Mark S. Axup for
                                          LEE BICKLEY, ESQ.
                                          Assistant U.S. Attorney

## ORDER

     For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to January 9, 2017 at 9:00 a.m.

**IT IS SO FOUND AND ORDERED**

**Dated:   August 19, 2016**

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

**Thank you for using Wondershare PDFelement.**

**You can only convert up to 2 pages in the trial version.**

**To get the full version, please purchase the program here:**

http://www.wondershare.net/shop/buy/buy-pdfelement-bing.html?f=pro